UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF AN | § | |
| | § | |
| ARBITRATION AGREEMENT | § | |
| | § | NO. 1:17-cv-00276 |
| BETWEEN HENRY CONTROLS, INC. | § | |
| | § | |
| & ULTRA ELECTRONICS NSPI | § | |

## ORDER ON HENRY CONTROL, INC.'S MOTION TO COMPEL ARBITRATION

After considering Movant's motion to compel arbitration and the response, the Court GRANTS the motion and ORDERS the parties to arbitrate the dispute over sales commissions, breach of contract, and other claims by Henry Controls, Inc. against Ultra Electronics NSPI. No stay of the lawsuit is necessary pending the outcome of the arbitration.

Further, the Court ORDERS:

All counsel to contact Karl Bayer within _____ days to schedule an arbitration; and that the arbitration must take place on or before December 1, 2017.

SIGNED on _____, 2017.

_____
U.S. District Judge


**APPROVED & ENTRY REQUESTED:**


*/s/ Susan G. Morrison*
Susan G. Morrison, Attorney for
Henry Controls, Inc.

___