IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HENRY CONTROLS, INC.,
        Plaintiff,

-vs-                                                              Case No. A-17-CA-276-SS

WEED INSTRUMENTS CO., INC. d/b/a Ultra
Electronics NSPI,
        Defendant.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Request for Dismissal [#24] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

        IT IS ORDERED that the Request for Dismissal [#24] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice;

        IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same; and

        IT IS FINALLY ORDERED that all pending motions in this cause are overruled and denied as they are now moot.

SIGNED this the 24th day of September 2018.

                                                            Sam Sparks
                                          UNITED STATES DISTRICT JUDGE